THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ALVAH BRIGGS, Appellant.

(Argued April 4, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Supreme Court, rendered November 1, 1917, at a Trial Term for the county of St. Lawrence, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Hermon J. Donavin* for appellant.

*James C. Dolan, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.